```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
JAMES NORALES,                       :    20cv2044(DLC)
                      Plaintiff,     :
           -v-                       :         ORDER
                                     :
DETECTIVE WILFREDO ACEVEDO (N.Y.P.D.):
SHIELD #6499; DETECTIVE KENNETH      :
FAULKNER (N.Y.P.D.) SHIELD #4612;    :
ASSISTANT DISTRICT ATTORNEY REBECCA  :
DUNNAN; JOHN/JANE DOE POLICE OFFICERS:
AND PROSECUTORS #1-10 (THE NAME(S)   :
JOHN/JANE DOE BEING FICTITIOUS AS THE:
REAL NAME(S) ARE PRESENTLY UNKNOWN), :
                                     :
                      Defendants.    :
------------------------------------ X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the time of the initial pretrial conference scheduled for **July 24, 2020** will proceed at **2 p.m.** The parties shall use the following dial-in credentials for the conference:

>    Dial-in:        888-363-4749
>    Access code:    4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
         June 23, 2020

                              _____
                                       DENISE COTE
                              United States District Judge