```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     20cv2044(DLC)
JAMES NORALES,                           :
                         Plaintiff,      :        ORDER
              -v-                        :
                                         :
DETECTIVE WILFREDO ACEVEDO (N.Y.P.D.)    :
SHIELD #6499; DETECTIVE KENNETH          :
FAULKNER (N.Y.P.D.) SHIELD #4612;        :
ASSISTANT DISTRICT ATTORNEY REBECCA      :
DUNNAN; JOHN/JANE DOE POLICE OFFICERS    :
AND PROSECUTORS #1-10 (THE NAME(S)       :
JOHN/JANE DOE BEING FICTITIOUS AS THE    :
REAL NAME(S) ARE PRESENTLY UNKNOWN),     :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Defendant Rebecca Dunnan having requested that the deadline for responding to the complaint be extended, it is hereby

ORDERED that Dunnan's deadline for responding to the complaint is extended to **August 6, 2020.**

IT IS FURTHER ORDERED that none of the defendants shall be required to respond to the complaint before **August 6, 2020.**

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for July 24, 2020 is adjourned to **August 28, 2020** at **2:00 p.m.**  The parties shall use the following dial-in credentials for the conference:

```
        Dial-in:        888-363-4749
        Access code:    4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
         July 16, 2020

                                            _____
                                                 DENISE COTE
                                      United States District Judge