```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    20cv2044(DLC)
JAMES NORALES,                           :
                       Plaintiff,        :         ORDER
           -v-                           :
                                         :
DETECTIVE WILFREDO ACEVEDO (N.Y.P.D.)    :
SHIELD #6499; DETECTIVE KENNETH          :
FAULKNER (N.Y.P.D.) SHIELD #4612;        :
ASSISTANT DISTRICT ATTORNEY REBECCA      :
DUNNAN; JOHN/JANE DOE POLICE OFFICERS    :
AND PROSECUTORS #1-10 (THE NAME(S)       :
JOHN/JANE DOE BEING FICTITIOUS AS THE    :
REAL NAME(S) ARE PRESENTLY UNKNOWN),     :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 5, 2020, Rebecca Dunnan, a defendant in this malicious prosecution case, requested that certain grand jury testimony in the underlying criminal case against the plaintiff in this action be unsealed so that Dunnan may reference such testimony in her forthcoming motion to dismiss the complaint. Accordingly, it is hereby

ORDERED that the parties' request to unseal the grand jury testimony in the underlying criminal case is granted for the limited purpose of allowing the parties to reference such testimony in the instant action.  Pending further order of this Court, the grand jury testimony itself, as well as any quotations from the testimony, shall be redacted from the public record in this case and filed under seal in their submissions in

this lawsuit.  The parties may, however, summarize the testimony in their publicly filed documents.

Dated:    New York, New York
          August 6, 2020

                              _____
                                     DENISE COTE
                              United States District Judge