```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :   20cv2044(DLC)
JAMES NORALES,                             :
                        Plaintiff,         :        ORDER
               -v-                         :
                                           :
DETECTIVE WILFREDO ACEVEDO (N.Y.P.D.)      :
SHIELD #6499; DETECTIVE KENNETH            :
FAULKNER (N.Y.P.D.) SHIELD #4612;          :
ASSISTANT DISTRICT ATTORNEY REBECCA        :
DUNNAN; JOHN/JANE DOE POLICE OFFICERS      :
AND PROSECUTORS #1-10 (THE NAME(S)         :
JOHN/JANE DOE BEING FICTITIOUS AS THE      :
REAL NAME(S) ARE PRESENTLY UNKNOWN),       :
                                           :
                        Defendants.        :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

On August 6, 2020, defendant Rebecca Dunnan moved to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. An Order of July 30, 2020 extended defendants Wilfredo Acevedo and Kenneth Faulkner's deadline for responding to the complaint to August 20, 2020. Accordingly, it is hereby

ORDERED that a schedule for the briefing of Dunnan's August 6 motion to dismiss shall be set once Acevedo and Faulkner have responded to the complaint.

Dated:   New York, New York
         August 10, 2020

_____
DENISE COTE
United States District Judge