```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :        20cv2044(DLC)
JAMES NORALES,                           :
                        Plaintiff,       :            ORDER
            -v-                          :
                                         :
DETECTIVE WILFREDO ACEVEDO (N.Y.P.D.)    :
SHIELD #6499; DETECTIVE KENNETH          :
FAULKNER (N.Y.P.D.) SHIELD #4612;        :
ASSISTANT DISTRICT ATTORNEY REBECCA      :
DUNNAN; JOHN/JANE DOE POLICE OFFICERS    :
AND PROSECUTORS #1-10 (THE NAME(S)       :
JOHN/JANE DOE BEING FICTITIOUS AS THE    :
REAL NAME(S) ARE PRESENTLY UNKNOWN),     :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 6, 2020, defendant Rebecca Dunnan moved to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. On August 10, an Order issued stating that a schedule on the briefing of Dunnan's motion to dismiss would be set once defendants Wilfredo Acevedo and Kenneth Faulkner responded to the complaint.  On August 20, Acevedo and Faulkner filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **September 11, 2020.**  It is unlikely that plaintiff will have a

further opportunity to amend.

    IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motions to dismiss by **September 11, 2020**.  All of the defendants' replies, if any, shall be filed by **September 25.**

    IT IS FURTHER ORDERED that the initial pretrial conference scheduled for **August 28, 2020** is adjourned <u>sine die</u>.

Dated:    New York, New York
          August 21, 2020

                                      _____
                                      DENISE COTE
                              United States District Judge