```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JAMES NORALES,                          :
                                        :
                    Plaintiff,          :   20cv2044 (DLC)
                                        :
         -v-                            :        ORDER
                                        :
DETECTIVE WILFREDO ACEVEDO (N.Y.P.D.)   :
SHIELD #6499; DETECTIVE KENNETH         :
FAULKNER (N.Y.P.D.) SHIELD #4612;       :
ASSISTANT DISTRICT ATTORNEY REBECCA     :
DUNNAN; JOHN/JANE DOE POLICE OFFICERS   :
AND PROSECUTORS #1-10 (THE NAME(S)      :
JOHN/JANE DOE BEING FICTITIOUS AS THE   :
REAL NAME(S) ARE PRESENTLY UNKNOWN),    :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 6, 2020, defendant former New York County Assistant District Attorney Rebecca Dunnan filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P, and on August 20, defendants Detective Wilfredo Acevedo and Detective Kenneth Faulkner also filed a motion to dismiss. On September 11, plaintiff filed an amended complaint. Accordingly, it is hereby

ORDERED that the defendants' August 6 and August 20 motions shall be terminated as moot.

IT IS FURTHER ORDERED that the defendants shall respond to the amended complaint by **October 6, 2020**. If the defendants

renew their motions to dismiss, the plaintiff shall file any opposition to the renewed motions by **October 27**.  Defendants shall file any reply by **November 10**.  At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
         September 15, 2020

                                  DENISE COTE
                      United States District Judge