**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

JAMES NORALES,

                Plaintiff,

     -against-

DETECTIVE WILFREDO ACEVEDO (N.Y.P.D)
SHIELD #6499; DETECTIVE KENNETH
FAULKNER (N.Y.P.D) SHIELD #4612;
ASSISTANT DISTRICT ATTORNEY REBECCA
DUNNAN; JOHN/JANE DOE POLICE OFFICERS
AND PROSECUTORS #1-10 (THE NAME(S)
JOHN/JOHN DOE BEING FICTICIOUS AS THE
REAL NAME(S) ARE PRESENTLY UNKNOWN),

              Defendants.

-------------------------------------------------------------X

20 **CIVIL** 2044 (DLC)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated February 24, 2021, the defendants' October 6, 2020

motions to dismiss are granted; accordingly, this case is closed.

**Dated:** New York, New York

       February 24, 2021

                             **RUBY J. KRAJICK**

                               **Clerk of Court**

     **BY:**

                               **Deputy Clerk**